UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER STRAUGHTER,<br><br>  Plaintiff,<br><br>v.<br><br>MARTI KAY SHERRY et al.,<br>  Defendants. | Case No. 22-10856<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 33), GRANTING DEFENDANT SHERRY'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 20), & DISMISSING SHERRY FROM THE CASE**

*Pro se* plaintiff Christopher Straughter, currently incarcerated at the Parnall Correctional Facility, filed a 42 U.S.C. § 1983 complaint against Michigan Department of Corrections employees Marti Kay Sherry ("Sherry") and Samantha Price ("Price"), alleging Eighth Amendment violations based on the denial of medical care when he was housed at the Central Michigan Correctional Facility. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 9. On July 20, 2022, Sherry filed a Motion for Summary Judgment (ECF No. 20), and Straughter filed a response on August 29, 2022 (ECF No. 32).

On August 31, 2022, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 33. The R&R recommends that the Court grant Sherry's motion for summary judgment on exhaustion grounds. *Id.* No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Sherry's motion for summary judgment (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Sherry is **DISMISSED** from this case.

Dated: September 19, 2022

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge